**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02896-SKC

PEDRO FRANK LEMUS CASTELLON,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, in his official capacity,
SIRCE OWEN, Acting Director of Executive Office for Immigration Review, in her official capacity, and
JUAN BALTASAR, Warden of the Denver Contract Detention Facility, in his official capacity,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 7 and 9) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner is awarded costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja,* 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 2412(a)(1).  It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 17th day of July, 2026.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

      By: _____
             H. Guerra, Deputy Clerk